# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2014

## NO. 03-14-00011-CV

**Teddy J. Staub, Orlena Mehrabian, Hossain Mehrabian, and Luciano Rivera, Appellants**

**v.**

**The City of Round Rock, Appellee**

### APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on September 24, 2013. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.